IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2019 JAN -3 PM 3:43

| | | |
|---|---|---|
| STEVEN FOWLER,<br>　　　　PLAINTIFF, | §<br>§<br>§ | |
| V. | §<br>§ | CAUSE NO. 1:18-CV-782-LY |
| NATIONWIDE RECOVERY SYSTEMS,<br>　　　　DEFENDANT. | §<br>§<br>§ | |

# FINAL JUDGMENT

Before the court is Stipulation of Dismissal filed December 27, 2018 (Dkt. No. 10), which the court reviewed and now approves. The court thus renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___3rd___ day of January, 2019.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE